IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VIKTORIIA LAZAREVA,

                           Plaintiff,

v.

SCHEDULE A DEFENDANTS,

                           Defendants.

Civil Action No. 26-cv-893

**MOTION FOR 1) TEMPORARY RESTRAINING ORDER, 2) ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS, 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND 4) ORDER AUTHORIZING EXPEDITED DISCOVERY**

       Plaintiff now moves this Court for an Order granting: 1) a temporary restraining order, 2) an order restraining assets and merchant storefronts, 3) an order to show cause why a preliminary injunction should not issue, and 4) an order authorizing expedited discovery against the Defendants identified on Schedule "A" to the Complaint.  Plaintiff is concurrently filing a Motion to File Under Seal, and if that is granted, Plaintiff will then file the papers supporting this Motion and a proposed Order under seal.

                                         Respectfully submitted,

Dated: May 13, 2026                  /s/ Stanley D. Ference III
                                     Stanley D. Ference III
                                     Pa. ID No. 59899
                                     courts@ferencelaw.com

                                     FERENCE & ASSOCIATES LLC
                                     409 Broad Street
                                     Pittsburgh, Pennsylvania 15143
                                     (412) 741-8400 – Telephone
                                     (412) 741-9292 – Facsimile

                                     Attorneys for Plaintiff